## ROBINSON v. GENERAL MILLS RESTAURANTS

No. 293PA93

Case below: 110 N.C.App. 633

Petition by defendant and third-party plaintiff for discretionary review pursuant to G.S. 7A-31 allowed 9 September 1993. Petition by third-party defendants for discretionary review pursuant to G.S. 7A-31 allowed 9 September 1993.

## SOUTH ATLANTIC DREDGING CO. v. T. A. LOVING CO.

No. 165P93

Case below: 109 N.C.App. 489

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 9 September 1993.

## SPIVEY AND SELF v. HIGHVIEW FARMS

No. 298P93

Case below: 110 N.C.App. 719

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 9 September 1993.

## STATE v. BARRETT

No. 158P93

Case below: 109 N.C.App. 489

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 9 September 1993.

## STATE v. BRADY

No. 323P93

Case below: 110 N.C.App. 870

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 9 September 1993.